Jeff, Lynn Macy
26175 Augusta Way #103, Lake Arrowhead, CA 92352
(909) 744-8480



FILED
CLERK, U.S. DISTRICT COURT

09/25/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jeff, Lynn Macy

PLAINTIFF/PETITIONER,

v.

San Bernardino County Code Enforcement, Code Enforcement Officers et al.

DEFENDANT(S).

CASE NUMBER

5:23-cv-01955-JGB(BFM)

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, Jeff Macy, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes  ☑No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Approx. Feburary 2023; Approx. $1,500/mo.

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?  ☑Yes  ☐No
    b. Rent payments, interest or dividends?  ☐Yes  ☑No
    c. Pensions, annuities or life insurance payments?  ☐Yes  ☑No
    d. Gifts or inheritances?  ☐Yes  ☑No
    e. Any other income (other than listed above)?  ☑Yes  ☐No
    f. Loans?  ☐Yes  ☑No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Cash Aid, Approx. $1,073 per month

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   Checking Account $2,067

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes ☐No

   If the answer is yes, describe the property and state its approximate value: Salvaged Ferrari $18,000 Salvaged Isuzu Truck $8,500

5. In what year did you last file an Income Tax return? 2022

   Approximately how much income did your last tax return reflect? $16,573

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   2 sons, 14 years old, and 21 years old - lives with me and I support completely, approx. $400/mo

   1 wife, 50 years old - lives with me and I support completely, approx $200/mo

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

|  California  |  San Bernardino  |
|:---:|:---:|
| State | County (or City) |

I, Jeff Macy_____, declare under penalty of perjury that the foregoing is true and correct.

3/28/2023
Date

Jeff Macy
Plaintiff/Petitioner (Signature)