CASE #5:23-cv-01955-HDV-PD



FILED
CLERK, U.S. DISTRICT COURT

02/28/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

CITATION PROCESSING CENTER
IN TRUST FOR SAN BERNARDINO COUNTY CODE ENFORCEM
P.O. BOX 7275
NEWPORT BEACH, CA 92658



SANTA ANA CA 926
23 FEB 2024 PM

US POSTAGE IMI PITNEY BO
ZIP 92614   $ 000.6
02 7H
0006003599   FEB 22 2

MACY, LYNN
PO BOX 433
TWIN PEAKS, CA 92391

92391-043333

↑

CODE ENFORCEMENT

NOTICE CAME CITATION CAME
OUT OF SAN BERNAROO COUNTY CA.
FROM ORANGE COUNTY CA
P. O. BOX 7275 NEWPORT BEACH CA
                                        92658
8/12 AMENDMENT NO OPPRESINE
FINES, OR EXCESINE FINES, PENALTIES.
RIGHT TO SPEEDY TRIAL BY OWN PEOPLE!
(OWN COUNTY)

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**citibank**                                               1633

**CITATION PROCESSING CENTER**
**IN TRUST FOR SAN BERNARDINO COUNTY CODE ENFORCEMENT**
P.O. BOX 7275
NEWPORT BEACH, CA 92658

CITIBANK, N.A.
3996 E. Barranca Parkway, Suite 130
Irvine, CA 92606
90-7172/3222

2/16/2024

PAY TO THE
ORDER OF    MACY, LYNN                                      $ **100.00

One Hundred and 00/100************************************************************************************************    DOLLARS

MACY, LYNN
PO BOX 433
TWIN PEAKS, CA 92391

VALID AFTER 180 DAYS

MEMO
C230021514

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK.  TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈00l633⑈ ⑆322271724⑆ 203523675⑈

CITATION PROCESSING CENTER IN TRUST FOR SAN BERNARDINO COUNTY CODE ENFORCEMENT       1633
Newport Beach, CA 92658
      MACY, LYNN                                    2/16/2024
   Due to Clients:San Bernardino County Co  C230021514                               100.00

San Bernardino Count   C230021514                                                    100.00