**FULL NAME** Jeff Macy & Lynn Macy

**COMMITTED NAME (if different)**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION** P.O. Box # 103
Twin Peaks, CA 92391

**PRISON NUMBER (if applicable)**

FILED
CLERK, U.S. DISTRICT COURT
04/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jeff Macy, et al.,

PLAINTIFF,

v.

San Bernardino County Code Enforcement, et al.,

DEFENDANT(S).

CASE NUMBER 5:23-cv-01955-HDV-PD
*To be supplied by the Clerk*
Second Amended

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? __N/A__

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

This lawsuit is for Unreasonable search, Muncipal and Supervisorial Liability (42 U.S.C. §1983), Intentional Infliction of Emotional Distress, Violation of Bane Act, Forced Demolition Permit, Forced Address, Trespass, Failure to do Public Record's Requests, & Excessive Fines.

a. Parties to this previous lawsuit:
   Plaintiff **Jeff Macy & Lynn Macy**

   Defendants **San Bernardino County Code Enforcement**

b. Court **The United States District Court Central District of California Eastern Division**

c. Docket or case number **5:23-CV-00558-JGB-BFM / 5:23-cv-01955-HDV-PD**

d. Name of judge to whom case was assigned **Patricia Donahue, U.S. Magistrate Judge**

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) **The case is still pending.**

f. Issues raised: **Trespassing, Harassment, Discrimination, Cover Up, Undue burden upon homeowners, with undue service, Unelected officials creating laws against federal & state constitutions, laws, the unreasonable search, supervisorial & Municipal liability, intentional infliction of emotional distress, violation of bane act, elder abuse, extortion, & excessive fines.**

g. Approximate date of filing lawsuit: **2/4/23**

h. Approximate date of disposition **For 18 years 2/16/2005**

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes   ☐ No

   If your answer is no, explain why not **Plaintiffs also tried to have a meeting with Defendants several times, but was denied.**

3. Is the grievance procedure completed? ☒ Yes   ☐ No

   If your answer is no, explain why not **Plaintiffs also made claims against Defendants to Risk Management, but was denied.**

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Jeff and Lynn Macy**
(print plaintiff's name)
who presently resides at **P.O. Box #103 Twin Peaks, CA 92391**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Lake Arrowhead and CedarPines Park, California**
(institution/city where violation occurred)

---

CV-66 (7/97)  CIVIL RIGHTS COMPLAINT  Page 2 of 6

on (date or dates) __2/16/2005__ , __2/14/2023__ , __3/24/2023__ .
(Claim I)          (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __San Bernardino County Code Enforcement__ resides or works at
   (full name of first defendant)
   __San Bernardino County, 290 North D. Street, San Bernardino, CA 92408__
   (full address of first defendant)
   __Code Enforcement Officers__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __Trespassing, Harassment, Discrimination, Cover Up, not providing public records requests, undue burden on homeowners, excessive fines, and unelected officials creating law against federal/state laws, & infliction of emotional distress__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

D. CLAIMS*

CLAIM I

The following civil right has been violated:

Trespassing, Harassment, Discrimination, Cover Up, Undue burden upon homeowners, with undue service, elder abuse, unelected officials creating laws against federal and state constitutions/laws, Unreasonable search without a warrant, extortion, Muncipal and Supervisorial Liability (42 U.S.C. § 1983), Intentional infliction of Emotional Distress, Violation of Bane Act, Excessive fines, Violation of Fourth and Fourteenth Amendments, & not providing public records requests. (See attached Second Amended Complaint).

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(see attached Amended Complaint).

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CV-66 (7/97)

CIVIL RIGHTS COMPLAINT

Page 5 of 6

E.  REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

$100,000 + for compensatory damages pursuant to the Bane Act, for punitive damages on those claims where it is available pursuant to law in an amount sufficient to punish, deter, and make an example of the Defendant, for interest on those claims where it is available under law, for cost of suit, and for such other and further relief as this Court may deem to be just and proper.

4/20/2024
(Date)

Lynn Macy   Jeff Maag
(Signature of Plaintiff)

Jeff Macy and Lynn Macy P.O.A. "In Pro Per"
P.O. Box #103
Twin Peaks, Ca. 92391
Telephone: (909) 744 -8480
Email: macybuilders@yahoo.com
        PLAINTIFFS IN PRO PER

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION
SECOND AMENDED COMPLAINT

| | |
|---|---|
| Jeff Macy, as an individual, and Lynn Macy, as an individual,<br><br>PLAINTIFFS,<br><br>vs.<br><br>SAN BERNARDINO COUNTY CODE ENFORCEMENT, a public entity.<br><br>DEFENDANTS. | Case No.: 5:23-cv-00558-JGB-BFM / 5:23-cv-01955-HDV-PD<br>**143533 (Code Enforcement).**<br>COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL FOR:<br>**(1)** Unreasonable Search.<br>**(2)** Municipal and Supervisorial Liability (42 U.S.C. § 1983).<br>**(3)** Intentional Infliction of Emotional Distress.<br>**(4)** Violation of Bane Act.<br>**(5)** Forced Demolition Permit.<br>**(6)** Forced Address.<br>**(7)** Trespass.<br>**(8)** Failure to do Public Record's Requests.<br>**(9)** Excessive Fines. |

**DEMAND FOR JURY TRIAL**

PLAINTIFF JEFF MACY and LYNN MACY, through their undersigned counsel, hereby files this Complaint against Defendants San Bernardino County Code Enforcement, inclusive (collectively "Defendants"), alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3-4) because Plaintiffs assert claims arising under the laws of the United States including 42 U.S.C. §§ 1983 & 1985, the Fourth & Fourteenth Amendments of the United States Constitution. This court has supplemental jurisdiction over state law claims pursuant to 28 USC § 1367 because those claims are so related to PLAINTIFF'S federal claims that the

PAGE 1 OF 11

claims form part of the same case and/or controversy pursuant to Article III of the United States Constitution.

2. Venue is properly founded in this judicial district pursuant to 28 USC §§ 1391(b) and (c) in that a substantial part of the events giving rise to the claims in this action occurred within this District and Defendants are subject to personal jurisdiction in this district.

## PARTIES

3. PLAINTIFF JEFF MACY, is a citizen of the State of California, and at all relevant times herein was a resident in San Bernardino County in the State of California.

4. PLAINTIFF LYNN MACY, is a citizen of the State of California, and at all relevant times herein was a resident in San Bernardino County in the State of California.

5. Defendant San Bernardino County Code Enforcement is and at all times relevant a public entity located in the County of San Bernardino and existing under the laws of the State of California.

## FACTS COMMON TO ALL CAUSES OF ACTION

6. Each and every allegation set forth in each and every averment and allegation of this pleading hereby is incorporated by this reference in each and every averment and allegation of this pleading.

7. I am informed and believe that Defendants San Bernardino County Code Enforcement have not provided any of my public records requests.

8. I am informed and believe that Defendants Elderly Abuse Plaintiff Lynn Macy 84-year-old elderly woman by giving constant notices, trespassing onto Plaintiff's property, and constantly reporting trash in front of Plaintiff's trash cans or leaves on Plaintiff's roof to harass Plaintiffs. Defendants San

PAGE 2 OF 11

Bernardino County is taking advantage of elderly Plaintiff Lynn Macy. Defendant Code Enforcement Officers have already trespassed into Plaintiffs home twice and forced Plaintiffs to get a permit for a preexisting structure in Plaintiff's home to raise Plaintiff's property taxes unjustly on 8/14/2012, notice of violation #C201202184. For 18 years Plaintiffs have been getting unfounded Code violation notices. California Penal Code § 368 PC defines elder abuse as the physical or emotional abuse, neglect, or financial exploitation of a victim 65 years of age or older. Plaintiffs also have report #'s for most incidents: TPR2200512, TPR2101862, TPR2101994, TPR2200594, TPR2201407, TPR2101443, TPR2200032, and TPR2201014.

9. I am informed and believe that Defendants Code Enforcement is against Cal Fire's pretense laws and has given Plaintiffs multiple notices to move wood 30 feet away from all structures, despite there being a fire-resistant tarp covering the wood. Cal Fire's notice of defensible space inspection states in Zone 1 section G. to relocate exposed wood piles outside of Zone 1 unless completely covered in a fire-resistant material, pursuant to 14 CCR § 1299.03(a)(3). Cal. Code Regs. Tit. 14, § 1299.03 – Requirements (a)(3) Relocate exposed firewood piles outside of Zone 1 unless they are completely covered in a fire-resistant material. Zone 1 being within 30 feet of a structure. Defendants Code Enforcement is going against Cal Fire which supersedes Defendants Code Enforcement since it is a state agency while Defendant Code Enforcement is only county. San Bernardino County Department of Risk Management has continuously rejected Plaintiff's claims, just like on March 24, 2023; illegally giving Plaintiff's a notice for firewood and misquoted the law regarding firewood.

10. Defendant San Bernardino County Code Enforcement Officer rung Plaintiff's doorbell, wearing an officer uniform with a badge, and told Plaintiff's son/grandson Josiah Macy that nothing was wrong, but Defendant still left a yellow notice on Plaintiff's door anyways. Defendant parked and blocked Plaintiff's private road. Defendant did it to intimate and bully Plaintiffs. Ticket #: CSE-2022-11086

11. There's an important legal principle that says "ignorance of the law is no excuse." You can't defend your actions by arguing you didn't know they were illegal, even if you honestly did not realize you were breaking the law.

## FIRST CAUSE OF ACTION

### Unreasonable Search

### (By Plaintiffs Against San Bernardino County Code Enforcement)

12. Plaintiff hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 11, inclusive.

13. As a result of the conduct of San Bernardino County Code Enforcement Officers, Defendants are liable because Defendants were integral participants in the wrongful entry and inspection or because they failed to intervene to prevent these violations against Plaintiffs.

14. Defendants did not have a warrant to enter or unreasonably search Plaintiffs home.

15. Defendants San Bernardino Code Enforcement Officers trespassed into Plaintiffs home twice with threat of bringing Sheriffs to force Plaintiffs to allow Defendants into Plaintiff's home. Defendants invaded Plaintiff's home to inspect and then forced Plaintiffs to get a permit for a preexisting structure inside Plaintiff's home, unjustly raising Plaintiff's property taxes.

## SECOND CAUSE OF ACTION

### Municipal and Supervisory Liability (42. U.S.C. § 1983)

### (By Plaintiffs Against San Bernardino County Code Enforcement)

16. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 15, inclusive.

17. On and for some time prior to 2021(and continuing to the present date) Defendants San Bernardino County Code Enforcement deprived Plaintiffs Jeff Macy and Lynn Macy of the rights and liberties secured to them by the 4th and 14th Amendments to the United States Constitution, in that said Defendants and their supervising and managerial employees, agents, and representatives acting with gross negligence and with reckless and deliberate indifference to the safety, rights, and liberties of the public in general and of Plaintiffs Jeff Macy and Lynn Macy, and of persons in their class, situation and comparable position, in particular, knowingly maintained, enforced and applied an official recognized custom, policy, and practice of:

    (a) Employing and retaining as county officials and other personnel, including San Bernardino County Code Enforcement at all times material herein knew or reasonably should have known had propensities for abusing their authority and for mistreating citizens by failing to follow their County Policies;

    (b) Inadequately supervising, training, controlling, assigning and disciplining San Bernardino County Code Enforcement officers and other personnel, including San Bernardino County Code Enforcement each knew or in the exercise of reasonable care

       should have known the aforementioned propensities and character traits;

(c) Maintaining grossly inadequate procedures for reporting, supervising, investigating, reviewing, controlling and disciplining the intentional conduct by San Bernardino County Code Enforcement officers and other personnel.

(d) Failing to adequately train Code Enforcement officers including Defendants San Bernardino County Code Enforcement and failing to institute appropriate policies regarding constitutional procedures and practices;

(e) Having and maintaining an unconstitutional policy, customs, procedures of using excessive trespassing which is also demonstrated by inadequate training regarding these subjects.

18. Defendants San Bernardino County Code Enforcement had either actual or constructive knowledge of the deficient policies, practices, and customs alleged in the paragraphs above. Despite having knowledge as stated above these Defendants condone, tolerated, and through actions and inactions thereby ratified such policies. Said Defendants also acted with deliberate indifference to the foreseeable effects and consequences of these policies with respect to the constitutional rights of Plaintiffs Jeff Macy and Lynn Macy and other individuals similarly situated.

19. By perpetrating, sanctioning, tolerating and ratifying the outrageous conduct and wrongful acts, Defendants San Bernardino County Code Enforcement acted with intentional, reckless, and callous disregard for the safety and constitutional rights of Plaintiffs Jeff Macy and Lynn Macy. Defendants San Bernardino County Code Enforcement actions were

willful, wanton, oppressive, malicious, fraudulent, extremely offensive, and unconscionable to any reasonable person of normal sensibilities.

20. By reason of the aforementioned policies and practices of Defendants San Bernardino County Code Enforcement acted with intentional, reckless and callous disregard for the safety and constitutional rights of Plaintiffs Jeff Macy and Lynn Macy. Defendants San Bernardino County Code Enforcement caused Plaintiffs Jeff Macy and Lynn Macy incurred damages in the form of psychological and emotional injuries, including, without limitation, pain and suffering, sleep deprivation, humiliation, all of which are continuing and damaging to reputation. Plaintiff's actual damages will be ascertained at trial.

21. The policies, practices, and customs implemented and maintained and still tolerated by Defendants San Bernardino County Code Enforcement acted with intentional, reckless and callous disregard for the safety and constitutional rights of Jeff Macy and Lynn Macy. Defendants San Bernardino County Code Enforcement were affirmatively linked to and were significantly influential forces of Plaintiffs Jeff Macy and Lynn Macy.

### THIRD CAUSE OF ACTION

**Intentional Infliction of Emotional Distress**

**(By Plaintiffs Against San Bernardino County Code Enforcement)**

22. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 21, inclusive.

23. Plaintiffs are informed and believe and thereon alleges that Defendants' actions described in this Complaint were intentional, extreme, and outrageous. Defendants entered into Plaintiff's home without a warrant which caused Plaintiffs a great deal of emotional distress.

24. Plaintiffs are further informed and believe and hereon alleges that such actions were done with intent to cause serious emotional distress and were done with reckless disregard of the probability of causing Plaintiffs serious emotional distress.
25. As a proximate result of the Defendants actions Plaintiffs Jeff Macy and Lynn Macy incurred damages in the form of psychological and emotional injuries, including, without limitation, pain and suffering, sleep deprivation, humiliation, all of which are continuing and damaging to reputation. Plaintiff's actual damages will be ascertained at trial.
26. The conduct of the Defendants was despicable, malicious, wanton, oppressive and accomplished with a conscious disregard for Plaintiffs Jeff Macy and Lynn Macy's rights, entitling Plaintiffs Jeff Macy and Lynn Macy to an award of exemplary and punitive damages. Defendants only goal against Plaintiffs were for monetary gain.

## FOURTH CAUSE OF ACTION

### Violation of Bane Act (Cal. Civ. Code § 52.1)

**(By Plaintiffs Against San Bernardino County Code Enforcement)**

27. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 26, inclusive.
28. Defendant intentionally interfered with Plaintiff's civil rights by threats, intimidation, or coercion in that Defendants acted violently against Plaintiffs Jeff Macy and Lynn Macy from exercising their right to unreasonable search by trespassing into their home.
29. Defendants invaded and entered Plaintiffs private home without a warrant.

## FIFTH CAUSE OF ACTION

**Forced Demolition Permit**

**(By Plaintiffs Against San Bernardino County Code Enforcement)**

30. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 29, inclusive.

31. Defendant's San Bernardino County Code Enforcement forced Plaintiffs to get a demolition permit.

32. At Plaintiffs property APN# 0342-031-01 a demolition permit was required for a house that was already demolished costing $266. Defendants San Bernardino County told Plaintiffs they had to get an additional demolition permit for a building that was demolished before Plaintiffs could buy the property, trying to extort more money from Plaintiffs. Under the Fourth Amendment the U.S. Constitution grants the right to be free from Unreasonable Searches and Seizures. The Defendants Code Enforcement Officers were informed that they were walking on Plaintiffs private property. Defendants San Bernardino County Code Enforcement Officers did not have a search warrant to enter Plaintiffs private property.

## SIXTH CAUSE OF ACTION

**Forced Address**

**(By Plaintiffs Against San Bernardino County Code Enforcement)**

33. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 32, inclusive.

34. Defendant's San Bernardino County Code Enforcement forced Plaintiffs to pay for an address or the Defendants would not remove the notice from the building and safety department division. Plaintiffs were also not allowed to customize the address. Plaintiffs were forced to pay for something they did not want.

## SEVENTH CAUSE OF ACTION

### Trespassing without Warrant

### (By Plaintiffs Against San Bernardino County Code Enforcement)

35. Plaintiff hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 34, inclusive.

36. Defendants interfered with Plaintiff's civil rights by intimidation or coercion in that Defendant acted violently against Plaintiffs Jeff Macy and Lynn Macy from exercising Plaintiff's right to unreasonable search from Defendants trespassing onto Plaintiff's property without warrant for potential well.

## EIGHTH CAUSE OF ACTION

### Failure to do Public Record's Requests

### (By Plaintiffs Against San Bernardino County Code Enforcement)

37. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 36, inclusive.

38. Defendants failed to fulfill public records requests from Plaintiffs for what regulations Defendants have and who made the regulations; for Defendants to not follow the laws.

39. California Public Records Act Information (CPRA) The Act provides for two types of access. One is a right to inspect public records: "Public records are open to inspection at all times during the office hours of the state or local agency and every person has a right to inspect any public record, except as hereafter provided."

## NINTH CAUSE OF ACTION

### Excessive Fines

### (By Plaintiffs Against San Bernardino County Code Enforcement)

40. Plaintiffs hereby re-alleges and incorporates by this reference, as though set forth in full, the allegations in paragraph 1 through 39, inclusive.
41. Defendants have been excessively giving fines for trash in front of Plaintiff's trash cans, leaves on the roof, yard, and firewood. Defendants violated the law because Defendants drove up a private and trespassed onto Plaintiff's property to take pictures and give such fines to Plaintiffs.
42. Defendants San Bernardino County Code Enforcement also had a hearing with Plaintiffs and about one of the fines given to Plaintiffs and Plaintiffs won the hearing on appeal.

**WHEREFORE,** Plaintiff's pray judgment against Defendants as follows:

1. For compensatory damages in an amount to be proven at trial:
2. For treble damages pursuant to the Bane Act;
3. For punitive damages on those claims where it is available pursuant to law in an amount sufficient to punish, deter and make an example of the Defendants;
4. For interest on those claims where it is available under law;
5. For cost of suit; and
6. For such other and further relief as this Court may deem to be just and proper.



**County of San Bernardino**
**Clerk of the Board of Supervisors**
385 N. Arrowhead Avenue, 2nd Floor, San Bernardino, CA 92415-0130
(909) 387-3841   Fax (909) 387-4554
Internet: www.sbcounty.gov/cob

# CUSTOMER SERVICE COMPLAINT

*NOTE: This is not a claim form. To file a claim for damages, the form entitled "Claims Against the County for Damages" must be filed with Risk Management (909-386-8631).*

### PERSON REGISTERING COMPLAINT:

| | | | |
|---|---|---|---|
| Last Name: | Macy | First: | Jeff, Lynn |
| Physical Address: | 26175 Augusta Way | City: Lake Arrowhead | Zip: 92352 |
| Mailing Address: | P.O Box #103 | City: Twin Peaks | Zip: 92391 |
| Contact Phone No: | (909) 744 - 8480 | Email Address: | macybuilders@yahoo.com |

### COMPLAINT REGISTERED REGARDING:

Name of Department(s): Land Use Services Department
Name of Person(s): Officer Amber Scharf, Andres Diaz Supervisor, et al.
Address: 385 N. Arrowhead Ave   City: San Bernardino   Phone #: (909) 387 - 8311

### INFORMATION REGARDING CUSTOMER SERVICE COMPLAINT:

Date of alleged unsatisfactory customer service: 18 Years
Place of alleged unsatisfactory customer service: Mojave River road 36 acres CedarPines park, and Lake Arrowhead house
Please give description of unsatisfactory service (attach additional sheets if necessary): Attached 25 Pages
Trespassing to take photos from private property or private road without a warrant. Harassment. Discrimination.
Cover up. Threat for lien against property. Threat of administration citations. Threat of civil prosecution.
Threat of criminal prosecution. Threat to recover regulatory costs. Threat of $76 administrative fees.
Threat of $627 per hour to abate. Threat of unregulated, unknown charge without an estimate.
Undue burden upon homeowners with undue service.
Unelected officials creating laws that go against federal and state constitutions, laws.
See additional pages/sheets 1-25 labeled COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL.

### ADDITIONAL INFORMATION:

Did you contact the department regarding the incident?   Yes ☒   No ☐
If yes, name of person contacted: Amber Scharf, Andres Diaz, et al.   Date Contacted: 2/3/2023
Results of contact (attach additional sheets if necessary): Contacted County Fire multiple times this week resulting in no response or call back. The desk worker said no one was available.

As a courtesy to the complainant, upon receipt of the customer service complaint, the Clerk of the Board's office forwards a copy of the complaint to the Board of Supervisors, and also to the department head of the involved department for their response. Our office does not contact the involved department regarding resolution of the complaint.

Signature: *Jeff Macy*  *Lynn Macy*   Date: 2-3-2023

*Return completed/signed form to address listed above. Thank you.*

cob031complaintform   Revised 0315