# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jeff Macy, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF(s) / PETITIONER(s) | 5:23-cv-01955-HDV-PD |
| v. | |
| San Bernardino County Code Enforcement, et al., | NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| DEFENDANT(s) / RESPONDENT(s) | |

TO:     All Parties of Record

You are hereby notified that the Magistrate Judge's Report and Recommendation has been filed on November 5, 2024.

Any party having Objections to the Report and Recommendation and/or order shall, not later than November 19, 2024, file and serve a written statement of Objections with points and authorities in support thereof before the Honorable Patricia Donahue, U.S. Magistrate Judge. A party may respond to another party's Objections within 14 days after being served with a copy of the Objections.

Failure to object within the time limit specified shall be deemed a consent to any proposed findings of fact. Upon receipt of Objections and any Response thereto, or upon expiration of the time for filing Objections or a Response, the case will be submitted to the District Judge for disposition. Following entry of Judgment and/or Order, all motions or other matters in the case will be considered and determined by the District Judge.

The Report and Recommendation of a Magistrate Judge is not a Final Appealable Order. A Notice of Appeal pursuant to Federal Rules of Appellate Procedure 4(a)(1) should not be filed until entry of a Judgment and/or Order by the District Judge.

CLERK, UNITED STATES DISTRICT COURT

Dated: November 5, 2024                    By: /s/ Isabel Verduzco