JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MACY, et al., | Case No. 5:23-CV-01955-HDV-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAN BERNARDINO COUNTY CODE ENFORCEMENT, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice.

DATED: _11/27/24___

_____
Hernán D. Vera
United States District Judge