Name, Address and Telephone Number of Attorney(s):

Jeff Macy
26175 Augusta Way, Lake Arrowhead, CA 92352
P.O. Box # 103, Twin Peaks, CA 92391

FILED
CLERK, U.S. DISTRICT COURT
02/12/2025
CENTRAL DISTRICT OF CALIFORNIA
BY   DVE   DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jeff Macy | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) | 5:23-cv-01955-HDV-PD |
| Code Enforcement   Defendant(s). | REQUEST: ADR PROCEDURE SELECTION |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

[✓] **ADR PROCEDURE NO. 1** - The parties shall appear before the
   [✓] magistrate judge assigned to the case *or* [ ] the magistrate judge in Santa Barbara
   for such settlement proceedings as the judge may conduct or direct.

[ ] **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

[ ] **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 2/7/25     Jeff Macy  *Jeff Macy*
                  Attorney for Plaintiff   in pro per

Dated: _____    _____
                  Attorney for Plaintiff

Dated: _____    _____
                  Attorney for Defendant

Dated: _____    _____
                  Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)          REQUEST: ADR PROCEDURE SELECTION          Page 1 of 1

POS-050/EFS-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Jeff Macy | |
| FIRM NAME: | |
| STREET ADDRESS: P.O. Box # 103 | |
| CITY: Twin Peaks   STATE: CA   ZIP CODE: 92391 | |
| TELEPHONE NO.: (909) 744-8480   FAX NO.: | |
| E-MAIL ADDRESS: 1611Bible.us@gmail.com | |
| ATTORNEY FOR (name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS: 247 West 3rd Street
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: Superior Court of California, County of San Bernardino

PLAINTIFF/PETITIONER: Jeff Macy
DEFENDANT/RESPONDENT: Code Enforcement

**PROOF OF ELECTRONIC SERVICE**

CASE NUMBER: 5:23-cv-01955-HDV-PD
JUDICIAL OFFICER:
DEPARTMENT:

1. I am at least 18 years old.
    a. My residence or business address is (specify):
       P.O. Box # 433, Twin Peaks, CA 92391

    b. My electronic service address is (specify):
       Jerushastar@gmail.com

2. I electronically served the following documents (exact titles):

   Request: ADR Procedure Selection

   ☐ The documents served are listed in an attachment. (Form POS-050(D)/EFS-050(D) may be used for this purpose.)

3. I electronically served the documents listed in 2 as follows:
    a. Name of person served: Josephine DuSold & Kellie Shin
       On behalf of (name or names of parties represented, if person served is an attorney):
       Code Enforcement
    b. Electronic service address of person served:
       Josephine.DuSold@cc.sbcounty.gov & Kellie.Shin@cc.sbcounty.gov
    c. On (date): 2/7/25

       ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. (Form POS-050(P)/EFS-050(P) may be used for this purpose.)

Date: 2/7/25

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jerusha Macy
(TYPE OR PRINT NAME OF DECLARANT)



(SIGNATURE OF DECLARANT)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
POS-050/EFS-050 [Rev. February 1, 2017]

**PROOF OF ELECTRONIC SERVICE**
(Proof of Service/Electronic Filing and Service)

Cal. Rules of Court, rule 2.251
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.